United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 17-12580-MW
Thomas V. Tallarico                                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8           User: admin              Page 1 of 1            Date Rcvd: Oct 16, 2017
                               Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db            +Thomas V. Tallarico,    17612 Rosa Drew Lane, Apt. 2B,    Irvine, CA 92612-2912
37899706       Care Ambulance Service,    1517 W. Braden Ct.,    Orange, CA 92868-1125
37899707      +Fidelity Creditor Svc,    Attn: Bankruptcy,    441 N Varney St,    Burbank, CA 91502-1733
37899709      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
37899710       First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Dt Mailstop Code 3290,
               Omaha, NE 68130
37899711       Laguna Hills Health and Rehabilitat,    24452 Health Center Drive,    Laguna Hills, CA 92653-3604
37899712      +Law Offices of M. Thomassen & Assoc,    Client Services Department,
               2670 S. White Road Suite 119,    San Jose, CA 95148-2072
37899713      +Lynch EMS,    2950 E. La Jolla Street,    Anaheim, CA 92806-1307
37899714       Memorial Care Health System,    Patient Financial Services,    P.O. Box 20894,
               Fountain Valley, CA 92728-0894
37899715      +Orange County Global Medical Center,    1301 N. Tustin Avenue,    Santa Ana, CA 92705-8619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: rmarshack@iq7technology.com Oct 17 2017 02:21:21      Richard A Marshack (TR),
               Marshack Hays LLP,    870 Roosevelt,    Irvine, CA 92620-3663
smg            EDI: EDD.COM Oct 17 2017 02:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Oct 17 2017 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
37899704      +EDI: AMEREXPR.COM Oct 17 2017 02:13:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
37899705      +EDI: BANKAMER.COM Oct 17 2017 02:14:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
37899716      +EDI: PMSCOLLECTS.COM Oct 17 2017 02:14:00      Progressive Management Systems,
               1521 West Cameron Avenue,    West Covina, CA 91790-2738
37899717      +EDI: WFFC.COM Oct 17 2017 02:13:00      Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
               Des Moines, IA 50306-0438
                                                                                                TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
37899708*     +Fidelity Creditor Svc,    Attn: Bankruptcy,    441 N Varney St,    Burbank, CA 91502-1733
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Lyly  Nguyen    on behalf of Debtor Thomas V. Tallarico lyly@lylylaw.com
              Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Thomas V. Tallarico** | Social Security number or ITIN **xxx–xx–1043** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **8:17–bk–12580–MW** | | |

## Order of Discharge – Chapter 7                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas V. Tallarico

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/16/17

**Dated:** 10/16/17                                                       **By the court:**  Mark S Wallace
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUT

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**